AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. **1:21-CV-02271**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Asept International Inc., c/o Thomas W. Soseman, Register** was received by me on *(date)* **05/04/2021** .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Thomas W. Soseman** , who is designated by law to accept service of process on behalf of *(name of organization)* **Asept International Inc., c/o Thomas W. Soseman, Registered Agent** on *(date)* **May 12, 2021** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **0.00** for travel and $ **0.00** for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **May 13, 2021**

_____
Server's signature

**Terry Ryan - Process Server**
Printed name and title

**16106 Route 59, Suite 200, Plainfield, IL 60586**
Server's address

Additional information regarding attempted service, etc:

Letter Dated May 5, 2021, Summons in a Civil Case, Civil Cover Sheet and Complaint with Exhibits

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Server Products, Inc.
    Plaintiff(s),

vs.

Asept International AB, et al.
    Defendant(s),

Case No.: **1:21-CV-02271**

**AFFIDAVIT OF SERVICE**

---

I, **Terry Ryan**, being first duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199.

Type of Process: **Letter Dated May 5, 2021, Summons in a Civil Case, Civil Cover Sheet and Complaint with Exhibits**

Defendant to be served: **Asept International Inc., c/o Thomas W. Soseman, Registered Agent**

Address where served: **Soseman Law Firm PC, 525 West Monroe Street, Suite 2360, Chicago, IL 60661**

On **May 12, 2021 at 2:22 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Thomas W. Soseman**, (Title) **Registered Agent**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Male** - Race: **White** - Hair: **Brown** - Approx. Age: **55** - Height: **6ft 2in** - Weight: **225**

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

X _____
Terry Ryan

State of __IL__
County of __COOK__

Subscribed and Sworn to before me on this __17__ day of __May__, 20__21__

_____
Signature of Notary Public

OFFICIAL SEAL
MEGAN T RYAN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/19/23

Job: 564000
File: 0834-00135